UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WILLIE WEAVER,<br><br>Plaintiff. | No. C 14-0046 RS (PR)<br>No. C 14-2823 RS (PR)<br>No. C 14-2906 RS (PR)<br>No. C 14-3019 RS (PR)<br>No. C 14-3148 RS (PR)<br>No. C 14-3149 RS (PR)<br>No. C 14-3307 RS (PR)<br>No. C 14-3308 RS (PR)<br>No. C 14-3967 RS (PR) |

**JUDGMENT**

Each action listed above having been dismissed, judgment is entered in each action in favor of all defendants as to all claims. Plaintiff shall obtain no relief by way of his complaints.

**IT IS SO ORDERED**.

DATED: December 8, 2014

RICHARD SEEBORG
United States District Judge

IN RE WEAVER
JUDGMENT